AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 4:12-CR-244-S-04

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* __13 Sept 2012__.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☒ On *(date)* __18 Sept 2012__ I left the summons at the individual's residence or usual place of abode with *(name)* __Attorney Cornel Williams__ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: __19 Sept 2012__

Server's signature

__Steven C. Houston   DUSM__
Printed name and title

United States Courts
Southern District of Texas
FILED
SEP 20 2012
David J. Bradley, Clerk of Court

Remarks:
18 Sept 2012 w/ no address Left Note
19 Sept gave a copy of the summon to Attorney Cornel Williams @ 515 Rusk. Per Jarvis Williams Request.

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Jarvis Thomas | ) Case No. 4:12-CR-244-S-04 |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Courtroom of the Honorable Stephen Smith<br>United States Courthouse<br>515 Rusk<br>Houston, TX 77002 | Courtroom No.: 703 7th Floor |
|---|---|---|
| | | Date and Time: 09/21/2012 10:00 am |

This offense is briefly described as follows:

Count 1: Conspiracy to willfully disclose individually identifiable health information  18 USC 371

Date: 09/13/2012

*Issuing officer's signature*

C Krus, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 19 Sept 2012

*Server's signature*

Steven C. Vaughn  DUSM
*Printed name and title*